United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL RAY WEST, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-175 |
| | § | |
| SHARON RUIZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Court dismissed this action with prejudice on December 15, 2020. D.E. 33. On December 28, 2020, Plaintiff filed his Motion for Extension of Time to File Objection (D.E. 34), seeking time to research the law and collect evidence to dispute this Court's dismissal of his claims. The Magistrate Judge denied the motion (D.E. 35). Thereafter, the Court entered Final Judgment (D.E. 36), pursuant to Federal Rule of Civil Procedure 58(a).

Plaintiff has now filed a new "Motion for Extension of Time and Objection to the Denial," appealing the Magistrate Judge's denial of his prior motion. D.E. 37 (also docketed as objections at D.E. 38). Plaintiff does not establish any of the requirements for relief from judgment under Federal Rules of Civil Procedure 59 and 60. And to the extent that he asserts that his objections to the Magistrate Judge's Memorandum and Recommendation were timely, his argument is moot because the Court held that the objections did not have merit, even if considered timely. D.E. 33.

For these reasons, the Court DENIES the motion (D.E. 37) and OVERRULES any objections (D.E. 38) included in the motion.

ORDERED this 28th day of January, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE